EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARIO CRUMP,                          )
                                      )
        Plaintiff,                    )
                                      )       Cause No.:  414-CV-01975-RWS
v.                                    )
                                      )
MATTHEW E. BOESTER, et al.            )
                                      )
        Defendants.                   )

### MOTION FOR LEAVE TO FILE MOTION TO COMPEL UNDER SEAL

COMES NOW Defendants City of St. Louis, Matthew Boester and Gregory Schaffer, and pursuant to Local Rule 83 – 13.05, respectfully request that this Court grant Defendants leave to file their Motion to Compel, Memorandum in Support of their Motion to Compel, and the accompanying exhibits under seal.  In support of its Motion, Defendants state as follows:

1.  Defendants' Memorandum in Support of its Motion to Compel shall be accompanied by exhibits, which include plaintiff's medical records and one record authored by plaintiff's treating psychiatrist.

2.  Defendants' Motion to Compel and Memorandum in Support of its Motion to Compel further reference excerpts of medical and psychiatric information included within the medical records of plaintiff.

WHEREFORE, good cause having been shown, Defendant respectfully requests that this Court order that the Defendants' to file its Motion to Compel, Memorandum in Support of its Motion to Compel, and accompanying exhibits under seal.

Respectfully submitted,

WINSTON E. CALVERT
CITY COUNSELOR


By: /s/ Erin K. McGowan
  Thomas R. McDonnell #38336MO
  Erin K. McGowan #64020MO
  1200 Market Street, Room 314
  City Hall
  St. Louis, Mo  63103
  (314) 622-3361
  (314) 622-4956 fax
  mcdonnellt@stlouis-mo.gov
  McGowanE@stlouis-mo.gov
  *Attorneys for Defendants Boester,*
  *Schaffer, and City of St. Louis*


## Certificate of Service

I hereby certify that on July 21, 2015 the forgoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all attorneys of record.


      /s/ Erin K. McGowan